

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*   973-645-2700
*Newark, New Jersey 07102*

August 12, 2025

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:   Antigone Owens-Krefski, Deputy Clerk

        Re:   *United States v. Brian R. Kahn*
        Related to: *United States v. John Hughes*, Crim. No. 23-867 (MAS)

Dear Ms. Owens-Krefski:

    Enclosed for assignment is an Information charging defendant Brian R. Kahn with one count of conspiracy to commit securities fraud, contrary to Title 15, United States Code, Sections 78j(b) and 78ff and Title 17, Code of Federal Regulations, Section 240. l0b-5, in violation of Title 18, United States Code, Section 371.

    The charge in the Information arose from the same events that form the basis for the above-referenced Information filed against John Hughes, which was assigned to the Hon. Michael A. Schipp, United States District Judge.

    Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered

related and assigned to the same District Judge in the interests of judicial economy.

Very truly yours,

TODD W. BLANCHE
U.S. Deputy Attorney General


ALINA HABBA
Acting United States Attorney
Special Attorney

*/s/ Joshua L. Haber*
_____
By:  Joshua L. Haber
Chief, Criminal Division